United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS ADALBERTO MENDOZA SOLIS,** | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01372** |
| **WARDEN RIO GRANDE PROCESSING CENTER, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Carlos Adalberto Mendoza Solis's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

Upon review of the Petition, the Court has identified that Petitioner has a habeas petition pending before United States District Judge David S Morales. (*See* 5:26- cv-00677). When a petitioner files a duplicate petition alleging "substantially the same facts arising from a common series of events," the later-filed petition should ordinarily be dismissed. *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) ("Ordinarily . . . the district court confronted with the later-filed action should dismiss it in favor of the case that was filed earlier."); *see, e.g., Zhao v. Holder*, 2010 WL 517897, at *1 (S.D. Tex. Feb. 10, 2010) (dismissing later-filed immigration habeas petition as duplicative). Here, Petitioner's petition in 5:26-cv-01372 appears to arise from the same facts

and assert the same legal claims as the petition currently pending in 5:26-cv-00677. (*Compare* 5:26-cv-00677, Dkt. 1, *with* 5:26-cv-01372, Dkt. 1.)

Accordingly, Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED** without prejudice to Petitioner's pending action before Judge Morales, 5:26-cv-00677. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

Finally, the Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**Carlos Adalberto Mendoza Solis**
**A # 201-531-841**
**Rio Grande Detention Center**
**1001 San Rio Blvd**
**Laredo, TX 78046**

IT IS SO ORDERED.

SIGNED this August 5, 2026.

Diana Saldaña
United States District Judge